UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 25-cv-03635-WHO<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 9 |

Pro se plaintiff Michael Brown filed the above-entitled matter on March 19, 2025, in the Superior Court of California, County of San Francisco. Dkt. No. 1-1. Defendant JPMorgan Chase Bank, N.A. ("JPMC"), removed the case to this court on April 25, 2025. Dkt. No. 1. JPMC has filed a motion to dismiss, or, alternatively, for a more definite statement, that is set to be heard on June 18, 2025. Dkt. Nos. 9, 12. Brown's opposition or response to that motion was due on May 16, 2025. As of the date of this order, Brown has not filed his opposition or otherwise responded.

Brown is ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice for failure to prosecute by **filing an opposition or other response to the motion to dismiss by June 17, 2025.** If Brown does not file his opposition by that date, this case may be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b). Any reply brief to that opposition is due June 23, 2025. The hearing on the motion to dismiss is hereby VACATED and reset for **June 24, 2025, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: June 4, 2025

William H. Orrick
United States District Judge